IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RESPIRONICS, INC. and<br>RIC INVESTMENTS, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Civil Action No. 04-0336 |
| v. | )<br>)<br>) | The Honorable Gary L. Lancaster |
| INVACARE CORP., | )<br>)<br>) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this **22** day of **Jan**, 2008, upon consideration of Defendant Invacare's Motion to Maintain Confidentiality of Trial Exhibits,

It is hereby ORDERED that said Motion in is granted;

It is hereby ORDERED that all documents offered as evidence during the November 2007 jury trial marked as "Confidential" and/or "Attorneys' Eyes Only" pursuant to this Court's Stipulated Protective Order dated September 3, 2004 (Doc. 29), including Exhibits 8, 9, and 33 introduced by Plaintiffs and Exhibits 36, 112, 113, 115, 132, I, J, K, N, U, XXX, YYY, ZZZ, EEEE and FFFF introduced by Defendant, shall remain protected under said Order and shall not be produced to any person not permitted access under the Order or filed with any Court, except under seal.

IT IS SO ORDERED.

_____
The Honorable Gary L. Lancaster
United States District Judge