IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RESPIRONICS, INC., ET AL.,
    Plaintiffs,

v.                        Civil Action No. 04-336

INVACARE CORP.,
    Defendant.

## ORDER OF COURT

AND NOW this 27th day of August, 2010, before the court is the parties' Joint Motion to Stay Proceedings [document #409], where the parties request a stay of the instant case pending a decision on the parties' cross notices of appeal to the United States Court of Appeals for the Federal Circuit, the resolution of which may alter or otherwise impact the proceedings in this court. Therefore, upon consideration of the parties' motion, and in the interest of judicial economy, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record